R. Brent JOHNSON and I.D.G., Inc. (also known as Interface Design Group, Inc.), Plaintiffs–Appellees,

v.

PRODIGY SERVICES CORPORATION (now known as Prodigy Communications Corp.), Defendant–Appellant,

and

Worldspan, L.P., Defendant.

No. 01–1574.

United States Court of Appeals, Federal Circuit.

July 19, 2002.

ON MOTION

LOURIE, Circuit Judge.

*ORDER*

IT IS ORDERED THAT:

(1) The motion to dismiss is granted.

(2) Each side shall bear its own costs.

PIONEER MAGNETICS, INC., Plaintiff–Appellant,

v.

MICRO LINEAR CORPORATION, Defendant–Appellee.

No. 00–1012.

United States Court of Appeals, Federal Circuit.

July 19, 2002.

*ORDER*

The court has received a certified copy of the judgment from the clerk of the Supreme Court in *Pioneer Magnetics, Inc. v. Micro Linear Corporation,* —— U.S. ——, 122 S.Ct. 2322, 153 L.Ed.2d 151 (2002). The Supreme Court vacated this court's judgment in *Pioneer,* 238 F.3d 1341 (Fed.Cir.2001), and remanded for further consideration in light of *Festo Corp. v. Shoketsu Kinzoku Kogyo Kabushiki Co.,* —— U.S. ——, 122 S.Ct. 1831, 152 L.Ed.2d 944 (2002).

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The mandate is recalled and the appeal is reinstated.

(2) The case shall be returned for consideration to the original merits panel.